| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF MARYLAND | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Baltimore International Warehousing & Transportation, Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-1555722 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 7646-7656 Canton Center Drive <br> Baltimore, MD 21224 <br> Number, Street, City, State & ZIP Code <br><br> Baltimore <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://biwt.com/ | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor  Baltimore International Warehousing & Transportation, Inc.   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4841

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    Baltimore International Warehousing & Transportation, Inc.          Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor __Baltimore International Warehousing & Transportation, Inc.__   Case number (*if known*) _____
      Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 22, 2026__
             MM / DD / YYYY

**X** __/s/   Sue Monaghan__             __Sue Monaghan__
   Signature of authorized representative of debtor       Printed name

Title __President__

**18. Signature of attorney**

**X** __/s/ JOSEPH SELBA__      Date __January 22, 2026__
   Signature of attorney for debtor                       MM / DD / YYYY

__JOSEPH SELBA 29181__
Printed name

__Tydings & Rosenberg, LLP__
Firm name

__One East Pratt Street__
__Baltimore, MD 21202__
Number, Street, City, State & ZIP Code

Contact phone __(410) 752-9753__    Email address __jselba@tydings.com__

__29181 MD__
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Baltimore International Warehousing & Transportation, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 22, 2026

X  /s/   Sue Monaghan
Signature of individual signing on behalf of debtor

Sue Monaghan
Printed name

President
Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: Baltimore International Warehousing & Transportation, Inc.

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2800 Eastern Blvd, LLC<br>172 South Broadway<br>White Plains, NY 10605 | | 2800 Eastern lease security deposit | Contingent Unliquidated | Unknown | $411,125.00 | $0.00 |
| Port 95 Industrial Park ILP, LLC successor to EWA Baltimore 5250, LLC<br>600 California Street, #560<br>San Francisco, CA 94108 | | 5250-5330 Holabird lease security deposit | Contingent Unliquidated | Unknown | $71,255.00 | $0.00 |
| Port 95 Industrial Park ILP, LLC successor to EWA Baltimore 5250, LLC<br>600 California Street, #560<br>San Francisco, CA 94108 | | Lease | Contingent Unliquidated Disputed | | | $0.00 |
| Truist<br>402 Baltimore Pike<br>Bel Air, MD 21014-4304 | | guarantees on affiliates loans | Contingent | | | $2,600,000.00 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | credit card account | | | | $16,726.00 |

# United States Bankruptcy Court
## District of Maryland

In re: Baltimore International Warehousing & Transportation, Inc.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sue Monaghan | stock | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 22, 2026

Signature: /s/ Sue Monaghan
Sue Monaghan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re: Baltimore International Warehousing & Transportation, Inc.
Debtor(s)

Case No.
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Sue Monaghan, declare under penalty of perjury that I am the President of Baltimore International Warehousing & Transportation, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22nd day of January, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sue Monaghan, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Sue Monaghan, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Sue Monaghan, President of this Corporation is authorized and directed to employ Alan M. Grochal, Esq., Joseph M. Selba, Esq., and the law firm of Tydings & Rosenberg LLP to represent the corporation in such bankruptcy case."

Date: January 22, 2026

Signed: /s/ Sue Monaghan
Sue Monaghan

Resolution of Board of Directors
of
Baltimore International Warehousing & Transportation, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sue Monaghan, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Sue Monaghan, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Sue Monaghan, President of this Corporation is authorized and directed to employ JOSEPH SELBA 29181 , attorney and the law firm of Tydings & Rosenberg, LLP to represent the corporation in such bankruptcy case.

Date  January 22, 2026                                    Signed  /s/ Sue Monaghan
                                                                  Sue Monaghan, President/Shareholder

# United States Bankruptcy Court
## District of Maryland

In re: Baltimore International Warehousing & Transportation, Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 22, 2026

/s/ Sue Monaghan
Sue Monaghan/President
Signer/Title

1st Equipment Finance  
1625 Wyoming Avenue  
Pittston, PA 18643

2800 Eastern Blvd, LLC  
172 South Broadway  
White Plains, NY 10605

7657CCD, LLC  
7646 Canton Center Drive  
Baltimore, MD 21224

7670 CCD, LLC  
7670 Canton Center Dr.  
Baltimore, MD 21224

Baltimore City Department of Finance  
City Hall - Room 250  
100 N. Holliday Street  
Baltimore, MD 21202

Baltimore County Budget and Finance  
400 Washington Avenue, #150  
Towson, MD 21204

Canton Center Drive, LLC  
7646-56 Canton Center Drive  
Baltimore, MD 21224

Comptroller of Maryland  
Compliance Division  
7 St. Paul Street  
Baltimore, MD 21202

FNB Equipment Finance  
PO Box 6021  
Hermitage, PA 16148-1021

```
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jules and Associates, Inc.
515 S. Figueroa St., #1900
Los Angeles, CA 90071


Linde Financial Services
9987 Carver Road, Suite 110
Cincinnati, OH 45242


Michael Goecke, Esq.
7600 Wisconsin Avenue, #700
Bethesda, MD 20814


Port 95 Industrial Park ILP, LLC
successor to EWA Baltimore 5250, LLC
600 California Street, #560
San Francisco, CA 94108


Ryder System, Inc.
2333 Ponce de Leon Blvd. Suite 700
Miami, FL 33134


Shearer Logistics LLC
100 Walker Drive
State College, PA 16801


Truist
402 Baltimore Pike
Bel Air, MD 21014-4304


U.S. Bank
800 Nicollet Mall
Minneapolis, MN 55402
```

```
Verdant Commercial Capital
9987 Carver Road, Suite 10
Cincinnati, OH 45242


Wells Fargo
800 Walnut Street, 4th Floor
Des Moines, IA 50309
```

# United States Bankruptcy Court
## District of Maryland

In re   Baltimore International Warehousing & Transportation, Inc.   Case No.  
    Debtor(s)   Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Baltimore International Warehousing & Transportation, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 22, 2026  
Date

/s/ JOSEPH SELBA  
JOSEPH SELBA 29181  
Signature of Attorney or Litigant  
Counsel for   Baltimore International Warehousing & Transportation, Inc.  
Tydings & Rosenberg, LLP  
One East Pratt Street  
Baltimore, MD 21202  
(410) 752-9753  Fax:  
jselba@tydings.com