| Row No. | Description | Balance |
|---|---|---|
| | BALANCE SHEET | |
| | ASSETS | |
| | Current Assets | |
| 1010 | Cash in bank-SUSQUEHANNA | 205,253.73 |
| 1026 | Cash in Bank- M&T All Ways | |
| 1030 | Cash in bank-M&T Biwt | -565.95 |
| 1031 | Truist Payroll | 68,691.19 |
| 1035 | BIWT Security Deposit | 635,346.99 |
| 1040 | Petty Cash | 566.02 |
| 1100 | Undeposited Funds | |
| 1200 | Accounts Receivable | 1,046,878.25 |
| 1201 | Allowance for doubtful | -28,302.31 |
| 1202 | Prepaid Insurance | 96,783.90 |
| 1203 | Prepaid Rent | |
| 1204 | Prepaid Legal | 32,791.75 |
| 1205 | Accrued Sublease Rent | 281,003.69 |
| 1210 | Accounts Receivable Employees | 11,176.21 |
| 1211 | prepaid supply | |
| 1220 | Due From 7670 CCD LLC | |
| 1225 | Refundable Income Taxes | |
| 1248 | Prepaid Fe'l Income Taxes | 4,828.50 |
| 1249 | Prepaid Other | 12,163.00 |
| | | --------------- |
| 1250 | Total Current Assets | 2,366,614.97 |
| | | |
| | Fixed Assets | |
| | Property & Equipment | |
| 1500 | Furniture & Fixtures | 152,356.02 |
| 1600 | Warehouse Equipment | 587,993.45 |
| 1700 | Road Equipment | 2,162,608.04 |
| 1800 | ROU Asset - Finance Lease | 1,983,194.81 |
| 1900 | Leasehold Improvements | 1,460,884.29 |
| 1905 | Total Property & Equipment | 6,347,036.61 |
| | Accumulated Depreciation | |
| 1911 | Accumulated Dep F & F | -105,850.37 |
| 1912 | Accumul Dep Whse Equip | -579,310.37 |
| 1913 | Accumul Dep Road Equi | -1,934,137.90 |
| 1914 | Accumulated Dep Leasehold | -381,504.24 |
| 1915 | ROU Accum. Amort. Finance Lease | -539,168.35 |
| 1916 | ROU Accum. Amort. Operating | -21,368,503.40 |
| 1920 | Total Accumulated Depreciation | -24,908,474.63 |
| | | --------------- |
| 1950 | Total Fixed Assets | -16,194,823.05 |

Other assets

| | | |
|---|---|---|
| 1965 | Due Form Affiliates | 248,522.25 |
| 1970 | Deposits Paid | 634,506.13 |
| 1980 | ROU ROU - Operating Lease | 44,218,300.61 |
| 1981 | Other Assets | 45,101,328.99 |
| 1995 | ASSETS, TOTAL | 28,906,505.94 |

--------------

LIABILITIES AND EQUITY
LIABILITIES
Current liabilities

| | | |
|---|---|---|
| 2010 | Accounts Payable | -3,359,278.94 |
| 2014 | Prepaid Accounting | |
| 2015 | Sub-Tenant Deposit | -78,500.00 |
| 2025 | A/P insurance | -11,697.69 |
| 2028 | Due to owner operator | |
| 2029 | accrued simple IRA | -2,626.56 |
| 2030 | Accounts pay.employee | 3,755.94 |
| 2036 | Line credit M&T | |
| 2037 | Line of Credit Truist | |
| 2051 | Fed w/h taxes pay | -7,068.97 |
| 2053 | Fed futa taxes pay | 0.4 |
| 2061 | State w/h taxes pay | |
| 2062 | State unemploy tx pay | 5,631.81 |
| 2070 | Accrued payroll | -116,866.51 |
| 2071 | Accrued vacation | |
| 2075 | Deferred income taxes | |
| 2076 | Loan Payable Limson | |
| 2079 | Total Current Liabilities | -3,566,650.52 |

--------------

Long term liabilities
Capital Leases

| | | |
|---|---|---|
| 2091 | Komatsu A416218 & 217 | -11,501.16 |
| 2095 | 2006 Ottawa Yard Jocke | |
| 2096 | 2019 Kalamar | |
| 2097 | 2020 Linde Forklift 502 | -2,916.85 |
| 2098 | 2020 Linde 50079 | 433.9 |
| 2099 | 2020 Linde 50084 | 433.9 |
| 2100 | 9 Combo Chassis | |
| 2101 | 2020 Linde 50091 | -445.11 |
| 2102 | 2020 Komatsu 454066 | |
| 2103 | 2020 Komatsu 454311 | |
| 2104 | 2017 Yark Truck | 1,256.93 |
| 2105 | 3 Linde Forklifts | -59,201.77 |

| | | |
|---|---|---:|
| 2106 | 2022 Linde A113119 | -9,323.33 |
| 2107 | 2022 Linde H21202Y0707017 | -22,429.39 |
| 2108 | 2 Linde Forklifts | -56,637.82 |
| 2109 | Chassis 19 x 40' - 2023 | -177,238.35 |
| 2110 | Chassis 11 x 40' - 2023 | -102,611.70 |
| 2111 | Used 2018 Komatsu Forklift | -11,946.78 |
| 2112 | Shrinkwrap Machines | -28,844.35 |
| 2113 | Linde H21204H00008 | -97,270.04 |
| 2114 | Taylor GT155 Used Forklift | -98,870.95 |
| 2115 | 10 x 40 Tri-Axle Chassis | -356,558.85 |
| 2116 | Chassis 10 x 20/40 TriAxle | -197,480.78 |
| 2200 | Total CapitaL Lease | -1,231,152.50 |
| | | |
| | Deferred Expenses | |
| 2210 | Deferred Rent | |
| 2211 | deferred Taxes | -406,900.00 |
| 2300 | Deferred Expense Total | -406,900.00 |
| | | |
| 2310 | Long Term Liabilities | |
| 2350 | Operating Lease Liabilities | -25,031,428.52 |
| 2400 | Total Long Term Liabilities | -25,031,428.52 |
| | | --------------- |
| 2500 | Total Liabilities | -30,236,131.54 |
| | | --------------- |
| | | |
| | Equity | |
| 2699 | Capital Stock | -260 |
| 2700 | Retained earnings | -2,359,724.49 |
| 2800 | Current (Income) Loss | 3,689,610.09 |
| 2995 | Total Equity | -2,359,984.49 |
| 2997 | total liability & Equity | -28,906,505.94 |
| | | --------------- |
| | | --------------- |