| Income Statement | | | 1/21/2026 |
|---|---|---|---|
| BIWT | | | sue |
| Filters | | | Page 1 |
| Date Filter | | 12/31/2025 | |
| Currency | | USD | |

| | Balance at Date Debit | Balance at Date Credit |
|---|---|---|
| **INCOME STATEMENT** | | |
| REVENUE | | |
| Trucking | | |
|    ICC | | 3,572,169.81 |
|    Chasis rental | | 526,480 |
|    Miscellaneous trucking | | 213,159.03 |
|    Yard Storage | 160 | |
|    Van division | 1,557.50 | |
|    Chassis lift | | |
|    Chassis bundling | | |
|    Detention | | 21,916.25 |
|    Pier Repair Costs | | |
|    Demurrage | | 1,384 |
|    Per Diem | 400 | |
|    Maintenance & Repairs | 125 | |
|    Pier charges | 125 | |
|    fuel surchage | | 869,318.48 |
|    brokerage revenue | | 227.5 |
| TOTAL TRUCKING REVENUE | | 5,202,287.57 |
| | | |
| Warehouse | | |
|  Storage | | 6,801,355.64 |
|  Handling | | 2,555,249.26 |
|  Labor | 1,621.50 | |
| Customs charges | | 995.5 |
|  Pallet charges | | 218,780.50 |
|  Shrink wrap | | 262,573.50 |
|  Boxing | | |
|  Documentation | | 188,687.50 |
|  Whse rev.trash removal | | 33,396.60 |
|  Whse.miscellaneous | | 296,001.51 |
| TOTAL WAREHOUSE REVENUE | | 10,355,418.51 |
| | | |
|    Other Income | | 10,139.28 |
| TOTAL OTHER INCOME | | 10,139.28 |
| | | |
| TOTAL REVENUE | | 15,567,845.36 |

| Income Statement | | 1/21/2026 |
|---|---|---|
| BIWT | | sue |
| | | Page 2 |

| | | |
|---|---:|---|
| Trucking Expenses | | |
|    Trucking Payroll Direct | 1,274,971.07 | |
|    Payroll Taxes - Trucking | 107,096.69 | |
|    Trucking Payroll Admin | 281,627.79 | |
|    Payroll Taxes Admin | 23,271.60 | |
|    trucking emp benet | 205,498.42 | |
|    Trucking expense | 791,306.07 | |
|    Brokerage expense | 8,818.75 | |
|    Tractor lease | 666,000.78 | |
|    Tractor mileage | 86,205.31 | |
|    Van lease | 117,989.61 | |
|    Chassis Rental | 4,388.40 | |
|    Flat rental | | |
|    Chassis lease | 3,017.42 | |
|    Fuel | 536,917.61 | |
|    insurance | 525,752.42 | |
|    Storage, Recurring | | |
|    Pier charges | 14,282.90 | |
|    Supplies | 17,640.57 | |
|    communications-trk | 0.99 | |
|    License and permits | 10,754.70 | |
|    Repairs | 169,548.52 | |
|    Chassis Repairs | 86,525.50 | |
|    Miscellaneous | 1,693.04 | |
|    Office expenses | 2,638.01 | |
|    Advertising | 242.19 | |
|    Dues and subscriptions | 1,093 | |
|    Professional serv.TRK | 4,019.93 | |
|    Customs | 500 | |
|    Claims | 11,084.70 | |
|    Interest exp.trucking | 62,417.83 | |
|    Road expense | 210,788.54 | |
|    Taxes Other | 63.48 | |
|    Depreciation Expense | 211,314.12 | |
|    Amortization Trucking | 37,886.68 | |
|    Miscellanous Income | 477 | |
| TOTAL TRUCKING EXPENSE | 5,475,833.64 | |
| | | |
| Warehouse Expenses | | |
|    Salaries and wages ,WH | 1,792,939.83 | |
|    Payroll Taxes, WH | 156,328.83 | |
|    Employee Benefits, WH | 368,344.48 | |
|    Equipment Rental, WH | 33,264.31 | |

**Income Statement**  1/21/2026
BIWT  sue
Page 3

| | |
|---|---:|
| Insurance, WH | 106,712.33 |
| Supplies, WH | 218,622.31 |
| Facility rent | 9,244,001.33 |
| Utilities, WH | 192,866.99 |
| Communications | 11,235 |
| Protection | 168,567.56 |
| Storage outside | 3,600 |
| Handling outside | |
| LIcense and permits | 9,934.46 |
| Repairs | 222,813.87 |
| Forklift Truck Expenses | 47,115.41 |
| Landscaping | 16,035 |
| Trash removal | 54,330.85 |
| Office Expense | 8,691.16 |
| Computer Equipment | 6,644.57 |
| Advertising | 571.9 |
| Customs charges | 178,454.99 |
| Claims | 6,385.43 |
| Outside labor | 186,781.23 |
| Depreciation | 69,766.68 |
| Amortization Warehouse | 83,303.09 |
| Interest Warehouse | 29,628.65 |
| TOTAL WAREHOUSE EXPENSES | 13,223,480.26 |

OVERHEAD EXPENSES

| | |
|---|---:|
| Payroll, overhead | 494,595.31 |
| Payroll,taxes,OH | 42,756.30 |
| Employee benifits,OH | 77,325.61 |
| Equipment rental,OH | 311.98 |
| Insurance,OH | 20,576.04 |
| Communications | 45,511.15 |
| License and permits | 1,146.04 |
| Repairs,OH | |
| Janitorial | 14,713.82 |
| Miscellaneous | 39.27 |
| Office expenses | 72,593.48 |
| Travel and ent.,rd-exp | 14,159.87 |
| Travel and ent.,meals | 1,996.91 |
| Travel and ent.,OH | |
| Advertising | 11,274.77 |
| Dues and subscriptions | 3,390.36 |
| Professional services | 138,833.33 |
| Accounting and financial | 18,300 |

**Income Statement** 1/21/2026
BIWT sue
Page 4

| | | |
|---|---:|---:|
| Legal | 31,508.25 | |
| Interest | 1,166.74 | |
| Charity | 340.8 | |
| Federal income tax | | |
| State income tax | 45,270.23 | |
| Taxes other | 63.85 | |
| State Income Tax Expense | | |
| State Income Tax All Ways | | |
| Bad Debts | | |
| Depreciation | 5,767.44 | |
| Loss on Disposal of Assets | | 483,500 |
| Penalties | | |
| Prior Period Adjustments | | |
| TOTAL OVERHEAD EXPENSES | 558,141.55 | |
| | | |
| TOTAL EXPENSES | 19,257,455.45 | |

**Other Income & Expense**
  Income Tax Provision
  Management Fees - BIWT
  Management Fees - All Ways
TOTA OTHER INCOME & EXPENSES

**NET INCOME**                        -3,689,610.09