Baltimore International Warehousing & Transportation, Inc.
Statement of Cash Flows
December 31, 2025

|  | 2025 |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Net Income (Loss) | (3,689,608.00) |
| Adjustments to reconcile net income (loss) to | |
| net cash provided by operating activities: | |
| Depreciation and amortization | 408,038.00 |
| Loss (gain) on disposition of property | (483,500.00) |
| Changes in operating assets and liabilities: | |
| Accounts receivable | 985,303.00 |
| Prepaid expenses | (32,792.00) |
| Employee loans receivable | 12,507.00 |
| Operating lease right-of-use assets | 7,132,646.00 |
| Refundable deposits | 330,912.00 |
| Accounts payable and accrued expenses | 3,170,158.00 |
| Sublease deposits | (159,976.00) |
| Operating lease liabilities | (7,175,950.00) |
| Net Cash Provided by Operating Activities | 497,738.00 |
| | |
| **Cash Flows from Investing Activities** | |
| Purchase of property | (403,811.00) |
| Proceeds from sale of property | 467,000.00 |
| Net Cash Used in Investing Activities | 63,189.00 |
| | |
| **Cash Flows from Financing Activities** | |
| Repayment of finance lease liabilities | (75,771.00) |
| Reduction of long-term debt | (231,855.00) |
| Net Cash Used in Financing Activities | (307,626.00) |
| | |
| **Net Increase (Decrease) in Cash** | 253,301.00 |
| | |
| **Cash at Beginning of Year** | 655,991.00 |
| | |
| **Cash at End of Year** | 909,292.00 |
| | - |

| | |
|---|---|
| 2025 | 909,292.00 |
| 2024 | 655,991.00 |
| | 253,301.00 |